UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| In re: | LWD, Inc.<br>Debtor | Case No. 03-51021<br>Chapter 11 |
| | LWD Trucking, Inc.<br>Debtor | Case No. 03-51023<br>Chapter 11 |
| | LWD Sanitary Landfill, Inc.<br>Debtor | Case No. 03-51024<br>Chapter 11 |
| | LWD Land Company, Inc.<br>Debtor | Case No. 03-51022<br>Chapter 11 |
| | LWD Field Services, Inc.<br>Debtor | Case No. 03-51019<br>Chapter 11 |
| | LWD Equipment, Inc.<br>Debtor | Case No. 03-51018<br>Chapter 11 |
| | General Environmental Services, LLC<br>Debtor | Case No. 03-51373<br>Chapter 11 |

Richard F. Clippard
United States Trustee,

    Plaintiff,

v.

LWD, Inc., et al.,

    Defendants.　　　　　　　　　　　　　　　　　　　　Adv. Proc. No. 06-5016

**ORDER**

THIS ADVERSARY PROCEEDING is before the Court on the Motion of K&B Capital, LLC, Robert Kattula and Maria Kattula to Dismiss Complaint (the "Instant Motion"). Pursuant to Federal Rules of Bankruptcy Procedure 7054 and 9021 and the Court's Memorandum-Opinion entered this same date and incorporated herein by reference, the Court DENIES the Instant Motion;

1

provided, however, that Plaintiff shall have sixty (60) days from this date to amend the Complaint to assert any claim(s) it believes it might have against Maria Kattula, whereupon Maria Kattula may file another motion to dismiss if Plaintiff has failed properly to amend the Complaint or if she believes that the amended Complaint continues to fail to state a valid claim against her.